⚖AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  OHIO

SAMUEL VOSS

Plaintiff,

V.

QUICKEN LOANS, LLC, et al.

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:20-cv-00756

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

…As this Court is without subject matter jurisdiction and Plaintiff lacks Article III standing to proceed in federal court, this case is hereby REMANDED to the Hamilton Court of Common Pleas for further proceedings.  Defendants' motion for summary judgment (Doc. 22) and Plaintiff's motion to file a sur-reply (Doc. 41) are hereby DENIED as moot.

8/26/2021

Date

RICHARD W. NAGEL, CLERK

Clerk

(By) Deputy Clerk